United States District Court
for the
Northern District of Georgia
Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 13 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Rufus Hamilton
Plaintiff,

v                              Case Number: 1:21-cv-1437-LMM

Fulton County School
Defendant,

Amend Complaint

I would like to amend my complaint and ad' wrongfull termination when i had permission to move pellets by trash can. It was a position I apply for and they gave it to someone else and he didn't want to do the job so the was trying to force me to do his job which I applied for and they gave it to their friend.