United States District Court
for the
Northern District of Georgia
Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 3 0 2021

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Rufus Hamilton
Plaintiff,

v

Case Number: 1:21-cv-01437
LMM-JKL

Fulton County Schools
Defendant,

NOTICE OF APPEAL

July 28, 2021

To Whom It May Concern:

Please accept this letter of appeal in regards to all the information I submitted. I do understand my comments were all over the place; however, I have had a chance to sit down, calm myself and reflect on being wrongfully terminated from the Fulton County School System.

I was terminated for theft of Fulton County Schools property; however, it was not their property. Each time a delivery is made to a school, the companies leave pallets behind to be discarded or removed. I did receive permission to remove those pallets from a foreman. I thought it would not be a problem because several maintenance workers were taking cut trees home for firewood, cardboard boxes for recycling and etc. After being terminated for the alleged stealing of pallets, which were said to FCS property, I knew what it stemmed from.

I applied for a supervisor/lead position knowing I was qualified for the position and the position was given to the friend of my immediate supervisor, Dennis Downs. The young guy they brought in did not know the job and was a trade helper with me. All the time he was with me on job sites, he did not cut a tree, spread any dirt, or assist with the hard labor. He would always stand back is if he was my lead. After I heard he received the supervisor/lead position and I received a call from HR, I immediately knew what it was all about. They knew I was voicing my concerns regarding them giving the supervisor/lead position to someone who was not qualified over me.

They had nothing else to hold over me but the pallets. They used pallets to get me fired. Do you know how many pallets are sitting at FCS Warehouse? They sit over there until they rot or an individual stops by to ask if they can remove them. Please understand the head custodians complain about the pallets sitting on site for long periods of time because it could cause possible injury, site for snakes or other animals to congregate. Once I received permission to remove the pallets, I did not do it on FCS time.

As stated before, I strongly know the reason I was terminated was not about pallets but about my expression of not getting the position I was qualified for and was given to the friend of a friend. I did not include race in this letter because then I would be labeled as a racist. I wanted to make sure you all understand I do know about the Title VII of the Civil Rights Act. I know the pallets were used to cover the real reason I was terminated.

I was really hoping they would have rethought using the pallets as a means to have this case dismissed. Probably, our Human Resources Dept. does not know the real reason, but Dennis Downs knows the real reason. It really frustrates me to see we are still in a place where hatred exists. One day, I sincerely pray this will end. A place where individuals can be hired based on their quality of work ethic, education and/or experience versus being hired because of the buddy system. One day, one day soon.

If additional information is needed, please do not hesitate to contact me.

Honestly submitted,


Rufus Hamilton