United States District Court
for the
Northern District of Georgia
Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 14 2021

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Rufus Hamilton
Plaintiff,

v    Case Number: 1:21-cv-01437 LMM-JKL

Fulton County Schools
Defendant,

AMENDED COMPLAINT

I do understand my comments were all over the place;however,I have had a chance to sit down and write my complaint on being wrongfully terminated from fulton county school system.

I was terminated for theft from fulton county school for removing pallets from the proterty trash can. Each time a delivery is made to a school ,the companies leaves the pallets to be discarged . I did receive permission to remove the pallets from my Director . Mike Peet verible..I thought it would not be a problem because several maintenance workers were taking cut trees home for firewood,Dennis Downs.After being terminated for the alleged stealing of pallets,which was said by fcs ,I knew what it stemmed from

I applied for a lead position i was well qualified for and position which was giving to a friend of my immediate supervisor Dennis Downs which he  interviewed him to. .Im a traded helper been at the job with no raise the the position would have a been a raise for me .Robert came in didnt want to do the telling everybody how he was going to change everything ,which he is doing . If its not about a tractor he dont want to do the work .They wanted me to do his work and i refuse he was hired to do the job he need to work ..

They had nothing else to hold over me but some pallets .They used the pallets to fire me and everybody know i had permission..
Do you know how many palletsare sitting at the schools and warehouse now?They are sitting until they rot or an individual stop by to ask if they can remove them. Please understand head custodians complain about the pallets sitting on the site for so long it cause possible injury,site of snakes or other animals. I ask if i can remove the pallets from my Director and he said  yes we going to take them to dump anway.

As state before , I strongy know the the reason i was terminated was not pallets my expression not getting the position i waswell qualified for and was giving to a friend of a friend I did not include race in this letter becausethen i would be labeled as a racist..I wanted to make sure i understand theTitle VII of the Civil Right Act. I know the pallets were used to cover the reason I was terminated.