**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| RUFUS HAMILTON,<br><br>                Plaintiff,<br><br>vs.<br><br>FULTON COUNTY SCHOOLS,<br><br>                Defendant. | CIVIL ACTION FILE<br><br>NO. 1:21-CV-1437-LMM |

## J U D G M E N T

This action having come before the court, Honorable Leigh Martin May, United States District Judge, for consideration of the Magistrate Judge's Final Report and Recommendation and the defendant's motion to dismiss, and the court having adopted said recommendation and granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 13th day of April, 2022.

                                                          KEVIN P. WEIMER
                                                          CLERK OF COURT

                                      By:   s/ Ashley Coleman
                                                      Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
April 13, 2022
Kevin P. Weimer
Clerk of Court

By:   s/ A. Coleman
        Deputy Clerk