UNITED STATES DISTRICT COURT
for the
Northern District of Georgia
Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
APR 26 2022
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Rufus Hamilton
Plaintiff,

v.

Case Number: 1:21-cv-1437-LMM

Fulton County Schools
Defendant.

Notice of Appeal

APPEAL                                              4/26/2022

I RUFUS HAMILTON APPEAL THE DECISION TO DISMISS MY CASE . I RUFUS HAMILTON BLACK MALE WAS FIRED FOR TAKING PALLETS FROM A TRASH CAN. I WAS GAVE PERMISSION. IF I WASNT GIVEN PERMISSION I WOULDNT BE TAKEN PALLETS FROM THE TRASH CAN. I HAD 2 YEARS LEFT TO RETIRE . DENISE DOWNS AND MATT BROOKS BOTH WHITE MALE ALLOW RYAN HORTON WHITE MALE USE COUNTY CHAINS WHEN TREES FALL . THEY ALLOW HIM TO CUT UP THE TREE COUNTY PAID FOR TREES AND TAKE HOME AND USE FOR FIREWOOD THIS IS NOT RIGHT THIS IS NOT EQUAL OPPORTUNITY. THE TREE SUPPOSED TO GO TO THE DUMP AS WELL AS THE PALLETS. I WAS FIRED FOR TAKING FROM TRASH CAN RYAN HORTON TAKE FROM THE PROPERTY AND STILL HAVE A JOB . I NEED TO BE COMPANSATED FOR ALL TIME LOST.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

RUFUS HAMILTON,

    Plaintiff,

vs.

FULTON COUNTY SCHOOLS,

    Defendant.

CIVIL ACTION FILE

NO. 1:21-CV-1437-LMM

## JUDGMENT

This action having come before the court, Honorable Leigh Martin May, United States District Judge, for consideration of the Magistrate Judge's Final Report and Recommendation and the defendant's motion to dismiss, and the court having adopted said recommendation and granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 13th day of April, 2022.

                KEVIN P. WEIMER
                CLERK OF COURT

        By:   s/ Ashley Coleman
                Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
April 13, 2022
Kevin P. Weimer
Clerk of Court

By:   s/ A. Coleman
       Deputy Clerk