IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RUFUS HAMILTON, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 1:21-cv-01437-LMM |
| FULTON COUNTY SCHOOLS, | : |
| | : |
| Defendant. | : |

## ORDER

This matter is presently before the Court on a motion for extension of time to complete briefing. Dkt. No. [45]. This matter was dismissed in mid-April, and Plaintiff subsequently filed a notice of appeal, <u>see</u> Dkt. Nos. [39-44]; therefore, this Court no longer has jurisdiction over the matter. Accordingly, the motion for extension of time, Dkt. No. [45], is **DENIED AS MOOT** so that it may be more appropriately filed with the Eleventh Circuit Court of Appeals.

**IT IS SO ORDERED** this 6th day of June, 2022.

_____
**Leigh Martin May**
**United States District Judge**